IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROSALYN M. SLEDGE                                           PLAINTIFF

vs.                    Case No. 4:05-0518 GTE

MEDCATH OF LITTLE ROCK, LLC
d/b/a ARKANSAS HEART HOSPITAL                               DEFENDANT

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal signed by counsel of record for both parties, it is hereby ORDERED that the complaint of plaintiff, including any and all claims that were, or that could have been, raised herein, is hereby dismissed with prejudice, each party to bear its own costs.

_____
UNITED STATES DISTRICT JUDGE

_____November 18, 2005_____
DATE

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808

By _____
    Gregory T. Jones (83097)
Attorneys for MedCath of Little Rock, LLC
d/b/a Arkansas Heart Hospital

Mr. Ralph Washington
Attorney at Law
1612 Broadway Street
Little Rock, AR 72206-1219
(501) 244-9818

By _____
    Ralph Washington (76138)
Attorneys for Plaintiff Sledge

608969-v1